IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01652-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    POLARIS PREDATOR 50, SERIAL NUMBER RF3KA05C86T016221,
2.    POLARIS PREDATOR 50, SERIAL NUMBER RF3KA05C15T008962,
3.    2000 SOONER TRAILER, VIN 48HSA2423Y1005997,
4.    2003 TILT TANDEM TRAILER, VIN 1D12031224C0,
5.    2004 SPORTSMAN ATV, VIN 4XACH50A04B388084,
6.    1971 CHEVROLET C50 FLATBED TRUCK, VIN CE531P140802,
7.    CATTLE CHUTE,
8.    NEW HOLLAND C190 SKID STEER,
9.    BALE SPEARS,
10.   1989 CHEVROLET C1500, VIN 1GCDC14K8KZ234508,
11.   YAMAHA ATV,
12.   YAMAHA GRIZZLY 660,
13.   JOHN DEERE 930 TRACTOR,
14.   1955 CHEVROLET COUPE, VIN B55K118384,
15.   SUNFLOWER DRILL,
16.   1984 2294 CASE TRACTOR,
17.   WILSON TRAILER,
18.   2012 FORD F-450, VIN 1FT8W4DT9CEA48276,
19.   1983 KENWORTH TRUCK, VIN KWL28X1DS3126,
20.   2008 FORD F-150, VIN 1FTPW14V48FB45558,
21.   YETTER CADDY,
22.   5946 COUNTY ROAD 3, ERIE, COLORADO, and
23.   1018 STATE HIGHWAY 52, ERIE, COLORADO.

        Defendants.
_____

## WRIT OF ENTRY
_____

        TO: UNITED STATES MARSHAL SERVICE AND/OR ANY AUTHORIZED LAW

ENFORCEMENT OFFICER - GREETINGS:

1

Based upon the Verified Complaint for Forfeiture *In Rem* filed herein against the following defendant real property and the United States' Application for Writ of Entry:

> 5946 County Road 3, Erie, Colorado, which is more fully described as Lot A, Recorded Exemption No. 1467-05-2-RE 2433, According to Plat Recorded June 9, 1999 at Reception No. 2699288, Being Located in the North ½ of the NW ¼ of Section 5, Township 1 North, Range 68 West of the 6th P.M., Weld County, Colorado.

The Court being satisfied that it has jurisdiction over the defendant property, and that there is probable cause to believe the defendant real property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981; and

The United States having requested that the Court issue a Writ of Entry as provided in 18 U.S.C. § 983(j) and 18 U.S.C. § 985(b)(2) authorizing it to enter the defendant real property including any structures, for the purpose of conducting an inspection and inventory of the properties and, as provided in 19 U.S.C. § 1606, to conduct appraisals; and

The United States having not requested authority to seize the defendant real property at this time but having stated in its Application for Writ of Entry that it will post notice of the Complaint for Forfeiture *In Rem* in a conspicuous place on defendant real property and serve notice of this action and a copy of the Complaint on the owner(s) of the defendant real property under 18 U.S.C. § 985(c)(1) and (3), and Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions G(4);

IT IS ORDERED that the United States Marshal Service or its designee, is hereby authorized to:

1. enter the defendant real property, including any structures, on one or more occasions during the pendency of this forfeiture action against the defendant real property, for the purpose of conducting an inspection, inventory, and appraisal of the defendant real property; and

2. be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of the defendant real property pursuant to 19 U.S.C. § 1606, which appraisals may include, among other means, still and video photography; and

3. be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the defendant real property, which inspection and inventory may include, among other means, still and video photography; and

4. be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as a violation of 18 U.S.C. § 2232 prohibiting the impairment of *in rem* jurisdiction, or otherwise as provided by law.

ORDERED this 13th day of June, 2014.

Kathleen M. Tafoya
United States Magistrate Judge

3

SO ORDERED this \_\_\_\_\_ day of _____, 2014.

BY THE COURT:

_____
United States Magistrate Judge

*This page intentionally left blank by the Court. The court does not affix signatures or authorizations to otherwise blank pages.*

4