IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01652-KMT

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     POLARIS PREDATOR 50, SERIAL NUMBER RF3KA05C86T016221,
2.     POLARIS PREDATOR 50, SERIAL NUMBER RF3KA05C15T008962,
3.     2000 SOONER TRAILER, VIN 48HSA2423Y1005997,
4.     2003 TILT TANDEM TRAILER, VIN 1D12031224C0,
5.     2004 SPORTSMAN ATV, VIN 4XACH50A04B388084,
6.     1971 CHEVROLET C50 FLATBED TRUCK, VIN CE531P140802,
7.     CATTLE CHUTE,
8.     NEW HOLLAND C190 SKID STEER,
9.     BALE SPEARS,
10.   1989 CHEVROLET C1500, VIN 1GCDC14K8KZ234508,
11.   YAMAHA ATV,
12.   YAMAHA GRIZZLY 660,
13.   JOHN DEERE 930 TRACTOR,
14.   1955 CHEVROLET COUPE, VIN B55K118384,
15.   SUNFLOWER DRILL,
16.   1984 2294 CASE TRACTOR,
17.   WILSON TRAILER,
18.   2012 FORD F-450, VIN 1FT8W4DT9CEA48276,
19.   1983 KENWORTH TRUCK, VIN KWL28X1DS3126,
20.   2008 FORD F-150, VIN 1FTPW14V48FB45558,
21.   YETTER CADDY,
22.   5946 COUNTY ROAD 3, ERIE, COLORADO, and
23.   1018 STATE HIGHWAY 52, ERIE, COLORADO.

      Defendants.

_____

**ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM***
_____

Plaintiff has instituted the *in rem* action herein and requested issuance of

process.  It appears to the Court from the Verified Complaint filed herein that the Court

1

has jurisdiction over the defendant property, and it appears, for the reasons and causes set forth in the Verified Complaint, that there is probable cause to believe the defendant property is subject to a decree of forfeiture, and that a Warrant for Arrest of the defendant property should enter.

IT IS THEREFORE ORDERED AND DECREED that a Warrant for Arrest of Property *In Rem* for the defendant property shall issue as prayed for and that the Internal Revenue Service and/or any other duly authorized law enforcement officer is directed to arrest and seize the defendant property as soon as practicable, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court;

THAT pursuant to Rule G(4)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming or asserting an interest in the defendant property must file their Claims with the Clerk of this Court pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions within sixty (60) days of the first date of publication of notice, and shall serve and file their Answers to the Verified Complaint within twenty one (21) days after the filing of their Claims with the Office of the Clerk, United States District Court for the District of Colorado, with a copy sent to Assistant United States Attorney Tonya S. Andrews, United States Attorney's Office, 1225 17th Street, Suite 700, Denver, Colorado  80202.

SO ORDERED this _____ day of ___*Jun 23, 2014*___, 2014. *nonc pro tunc to June 13, 2014.*

BY THE COURT:


_____
United States Magistrate Judge
**Kathleen M. Tafoya**
**United States Magistrate Judge**