IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01652–KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

POLARIS PREDATOR 50, SERIAL NUMBER RF3KA05C86T016221,
POLARIS PREDATOR 50, SERIAL NUMBER RF3KA05C15T008962,
2000 SOONER TRAILER, VIN 48HSA2423Y1005997,
2003 TILIT TANDEN TRAILER, VIN 1D12031224C0,
2004 SPROTSMAN ATV, VIN 4XACH50A04B388084,
1971 CHEVROLET C50 FLATBED TRUCK, VIN CE531P140802,
CATTLE CHUTE,
NEW HOLLAND C190 SKID STEER,
BALE SPEARS,
1989 CHEVROLET C1500, VIN 1GCDC14K8KZ234508,
YAMAHA ATV,
YAMAHA GRIZZLY 660,
JOHN DEERE 930 TRACTOR,
1955 CHEVROLET COUPE, VIN B55K118384,
SUNFLOWER DRILL,
1984 2294 CASE TRACTOR,
WILSON TRAILER,
2012 FORD F-450, VIN 1FT8W4DT9CEA48276,
1983 KENWORTH TRUCK, VIN KWL28X1DS3125,
2008 FORD F-150, VIN 1FTPW14V48FB45558,
YETTER CADDY,
5946 COUNTY ROAD 3, ERIE, COLORADO, and
1018 STATE HIGHWAY 52, ERIE, COLORADO,

    Defendants.

**ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE**

**IT IS HEREBY ORDERED:**

(1) The court shall hold a Fed. R. Civ. P. 16(b) scheduling and planning conference on

> **October 27, 2014, at
> 9:45 a.m. (Mountain Time)**.

The conference shall be held in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado. If this date is not convenient for any party[1], he or she shall file a motion to reschedule the conference to a more convenient time. **Please remember that anyone seeking entry into the Byron Rogers United States Courthouse will be required to show valid photo identification. See D.C.COLO.LCivR 83.2B.**

A copy of instructions for the preparation of a scheduling order and a form scheduling order can be downloaded from the Court's website at www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx (Scroll down to the bold heading "Standardized Order Forms"). Parties shall prepare the appropriate proposed scheduling order in accordance with the Court's form.

The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.5.12, on or before:

> **5:00 p.m. (Mountain Time) on
> October 20, 2014.**

(2) All parties are expected to be familiar with the United States District Court for the District of Colorado Local Rules of Practice (D.C.COLO.LCivR.). Copies are available from Office of the Clerk, United States District Court for the District of Colorado, or through the District Court's web site: www.cod.uscourts.gov.

---

[1] The term "party" as used in this Order means counsel for any party represented by a lawyer, and any *pro se* party not represented by a lawyer.

All out-of-state counsel shall comply with D.C.COLO.LCivR. 83.3 prior to the Scheduling/Planning Conference.

Dated this 19th day of September, 2014.

**BY THE COURT:**

_____
Kathleen M. Tafoya
United States Magistrate Judge