IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01652-WYD-KMT

UNITED STATES OF AMERICA,

     Plaintiff,

v.

POLARIS PREDATOR 50, SERIAL NUMBER RF3KA05C86T016221,
POLARIS PREDATOR 50, SERIAL NUMBER RF3KA05C15T008962,
2000 SOONER TRAILER, VIN 48HSA2423Y1005997,
2003 TILT TANDEM TRAILER, VIN 1D12031224C0,
2004 SPORTSMAN ATV, VIN 4XACH50A04B388084,
1971 CHEVROLET C50 FLATBED TRUCK, VIN CE531P140802,
CATTLE CHUTE,
NEW HOLLAND C190 SKID STEER,
BALE SPEARS,
1989 CHEVROLET C1500, VIN 1GCDC14K8KZ234508,
YAMAHA ATV,
YAMAHA GRIZZLY 660,
JOHN DEERE 930 TRACTOR,
1955 CHEVROLET COUPE, VIN B55K118384,
SUNFLOWER DRILL,
1984 2294 CASE TRACTOR,
WILSON TRAILER,
2012 FORD F-450, VIN 1FT8W4DT9CEA48276,
1983 KENWORTH TRUCK, VIN KWL28X1DS3126,
2008 FORD F-150, VIN 1FTPW14V48FB45558,
YETTER CADDY,
5946 COUNTY ROAD 3, ERIE, COLORADO,
1018 STATE HIGHWAY 52, ERIE, COLORADO,

     Defendants.

---

**ORDER**

---

THIS MATTER comes before the Court on Motion to Withdraw Claim as to

Defendant 1983 Kenworth Truck filed by pro se claimant Jeffrey Wagner and the

Government's Unopposed Motion to Dismiss Defendant 1983 Kenworth Truck, VIN KWL28X1DS3126, filed on February 24, 2015. After a review of the file and the motions, it is hereby

ORDERED that the Motion to Withdraw Claim as to Defendant 1983 Kenworth Truck (ECF No. 52) by pro se claimant Jeffrey Wagner is **GRANTED.** It is

FURTHER ORDERED that for good cause shown, the United States' Motion to Dismiss Defendant 1983 Kenworth Truck, VIN KWL28X1DS3126 (ECF No. 53) is **GRANTED** pursuant to Fed. R. Civ. P. 41(a)(2). Defendant 1983 Kenworth Truck, VIN KWL28X1DS3126, is dismissed from this case and shall hereafter be taken off the caption.

Dated: February 26, 2015.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE