IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01652-WYD-KMT

UNITED STATES OF AMERICA,

 Plaintiff,

v.

POLARIS PREDATOR 50, SERIAL NUMBER RF3KA05C86T016221,
POLARIS PREDATOR 50, SERIAL NUMBER RF3KA05C15T008962,
2000 SOONER TRAILER, VIN 48HSA2423Y1005997,
2003 TILT TANDEM TRAILER, VIN 1D12031224C0,
2004 SPORTSMAN ATV, VIN 4XACH50A04B388084,
1971 CHEVROLET C50 FLATBED TRUCK, VIN CE531P140802,
CATTLE CHUTE,
NEW HOLLAND C190 SKID STEER,
BALE SPEARS,
1989 CHEVROLET C1500, VIN 1GCDC14K8KZ234508,
YAMAHA ATV,
YAMAHA GRIZZLY 660,
JOHN DEERE 930 TRACTOR,
1955 CHEVROLET COUPE, VIN B55K118384,
SUNFLOWER DRILL,
1984 2294 CASE TRACTOR,
WILSON TRAILER,
2012 FORD F-450, VIN 1FT8W4DT9CEA48276,
2008 FORD F-150, VIN 1FTPW14V48FB45558,
YETTER CADDY,
5946 COUNTY ROAD 3, ERIE, COLORADO,

 Defendants.

---

### FINAL ORDER OF FORFEITURE
### AS TO CERTAIN DEFENDANT PROPERTIES

---

THIS MATTER comes before the Court on the United States' Motion for Final

Order of Forfeiture as to Certain Defendant Properties filed June 30, 2015.  The Court

having reviewed said Motion and being fully advised in the premises, FINDS:

THAT the United States commenced this action in rem pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C);

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and pro se claimant Jeffrey Wagner have reached a settlement agreement in this case as to certain defendant properties, and have filed a Notice of Settlement with the Court resolving all issues in dispute;

THAT the United States and lienholder Ford Motor Credit Company have reached a settlement agreement resolving Ford Motor Credit Company's interest as to defendant 2012 Ford F-450, and have filed a Notice of Settlement with the Court;

THAT no other claims as to the certain defendant properties identified below have been filed;

THAT it further appears there is cause to issue a forfeiture order only as to certain defendant properties under 18 U.S.C. §§ 981(a)(1)(A) and (C) in favor of the United States.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT THE United States' Motion for Final Order of Forfeiture as to Certain Defendant Properties (ECF No. 65) is **GRANTED**.  Forfeiture is granted regarding:

   a.   Polaris Predator 50, Serial Number RF3KA05C86T016221;

   b.   Polaris Predator 50, Serial Number RF3KA05C15T008962;

   c.   2000 Sooner Trailer, VIN 48HSA2423Y1005997;

d. 2003 Tilt Tandem Trailer, VIN 1D12031224C0;

e. 2004 Sportsman ATV, VIN 4XACH50A04B388084;

f. 1971 Chevrolet C50 Flatbed Truck, VIN CE531P140802;

g. Cattle Chute;

h. New Holland C190 Skid Steer;

i. Bale Spears;

j. 1989 Chevrolet C1500, VIN 1GCDC14K8KZ234508;

k. Yamaha ATV;

l. Yamaha Grizzly 660;

m. John Deere 930 Tractor;

n. 1955 Chevrolet Coupe, VIN B55K118384;

o. Sunflower Drill;

p. 1984 2294 Case Tractor;

q. Wilson Trailer;

r. 2012 Ford F-450, VIN 1FT8W4DT9CEA48276;

s. 2008 Ford F-150, VIN 1FTPW14V48FB45558; and

t. Yetter Caddy.

THAT the Clerk of Court is directed to enter Judgment in favor of the United States and against the above properties; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to the above defendant properties pursuant to 28 U.S.C. § 2465.

THAT only defendant 5946 COUNTY ROAD 3, ERIE, COLORADO remains in this case, and the caption shall be amended appropriately.

Dated: July 21, 2015.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE