IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01652-WYD-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

POLARIS PREDATOR 50, SERIAL NUMBER RF3KA05C86T016221,
POLARIS PREDATOR 50, SERIAL NUMBER RF3KA05C15T008962,
2000 SOONER TRAILER, VIN 48HSA2423Y1005997,
2003 TILT TANDEM TRAILER, VIN 1D12031224C0,
2004 SPORTSMAN ATV, VIN 4XACH50A04B388084,
1971 CHEVROLET C50 FLATBED TRUCK, VIN CE531P140802,
CATTLE CHUTE,
NEW HOLLAND C190 SKID STEER,
BALE SPEARS,
1989 CHEVROLET C1500, VIN 1GCDC14K8KZ234508,
YAMAHA ATV,
YAMAHA GRIZZLY 660,
JOHN DEERE 930 TRACTOR,
1955 CHEVROLET COUPE, VIN B55K118384,
SUNFLOWER DRILL,
1984 2294 CASE TRACTOR,
WILSON TRAILER,
2012 FORD F-450, VIN 1FT8W4DT9CEA48276,
2008 FORD F-150, VIN 1FTPW14V48FB45558,
YETTER CADDY,
5946 COUNTY ROAD 3, ERIE, COLORADO,

    Defendants.

## ORDER

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the United States' Motion to Amend the Final Order and the

Judgment [ECF Doc. No. 68], filed July 30, 2015, is **GRANTED** and the following

defendant assets are dismissed from this forfeiture action:

      a.     Bale Spears;

      b.     Sunflower Drill;

      c.     Wilson Trailer; and

      d.     Yetter Caddy.

Dated: July 31, 2015.

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE