IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01652-WYD-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    POLARIS PREDATOR 50, SERIAL NUMBER RF3KA05C86T016221,
2.    POLARIS PREDATOR 50, SERIAL NUMBER RF3KA05C15T008962,
3.    2000 SOONER TRAILER, VIN 48HSA2423Y1005997,
4.    2003 TILT TANDEM TRAILER, VIN 1D12031224C0,
5.    2004 SPORTSMAN ATV, VIN 4XACH50A04B388084,
6.    1971 CHEVROLET C50 FLATBED TRUCK, VIN CE531P140802,
7.    CATTLE CHUTE,
8.    NEW HOLLAND C190 SKID STEER,
9.    1989 CHEVROLET C1500, VIN 1GCDC14K8KZ234508,
10.   YAMAHA ATV,
11.   YAMAHA GRIZZLY 660,
12.   JOHN DEERE 930 TRACTOR,
13.   1955 CHEVROLET COUPE, VIN B55K118384,
14.   1984 2294 CASE TRACTOR,
15.   2012 FORD F-450, VIN 1FT8W4DT9CEA48276,
16.   2008 FORD F-150, VIN 1FTPW14V48FB45558, and
17.   5946 COUNTY ROAD 3, ERIE, COLORADO.

        Defendants.
_____

**AMENDED FINAL JUDGMENT AS TO CERTAIN DEFENDANT PROPERTIES**
_____

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Amended Final Order of Forfeiture entered by the Honorable Judge Wiley Y. Daniel, the following JUDGMENT is hereby entered:

1.    That forfeiture of the following certain defendant properties, including all right, title, and interest is hereby entered in favor of the United States pursuant to 18

U.S.C. §§ 981(a)(1)(A) and (C):

   a. Polaris Predator 50, Serial Number RF3KA05C86T016221;

   b. Polaris Predator 50, Serial Number RF3KA05C15T008962;

   c. 2000 Sooner Trailer, VIN 48HSA2423Y1005997;

   d. 2003 Tilt Tandem Trailer, VIN 1D12031224C0;

   e. 2004 Sportsman ATV, VIN 4XACH50A04B388084;

   f. 1971 Chevrolet C50 Flatbed Truck, VIN CE531P140802;

   g. New Holland C190 Skid Steer;

   h. 1989 Chevrolet C1500, VIN 1GCDC14K8KZ234508;

   i. Yamaha ATV;

   j. Yamaha Grizzly 660;

   k. John Deere 930 Tractor;

   l. 1955 Chevrolet Coupe, VIN B55K118384;

   m. 1984 2294 Case Tractor;

   n. 2012 Ford F-450, VIN 1FT8W4DT9CEA48276; and

   o. 2008 Ford F-150, VIN 1FTPW14V48FB45558;

2. That the United States shall have full and legal title as to the above described certain defendant properties and may dispose of said properties in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreements;

3. That Amended Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to the above described defendant property under 28 U.S.C. § 2465.

Done at Denver, Colorado this 10th day of August, 2015.

JEFFREY P. COLWELL
Clerk of the U.S. District Court


By: s/E. Van Alphen
Deputy Clerk