IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01652-WYD-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     **POLARIS PREDATOR 50, SERIAL NUMBER RF3KA05C86T016221,**
2.     **POLARIS PREDATOR 50, SERIAL NUMBER RF3KA05C15T008962,**
3.     **2000 SOONER TRAILER, VIN 48HSA2423Y1005997,**
4.     **2003 TILT TANDEM TRAILER, VIN 1D12031224C0,**
5.     **2004 SPORTSMAN ATV, VIN 4XACH50A04B388084,**
6.     **1971 CHEVROLET C50 FLATBED TRUCK, VIN CE531P140802,**
7.     **CATTLE CHUTE,**
8.     **NEW HOLLAND C190 SKID STEER,**
9.     **1989 CHEVROLET C1500, VIN 1GCDC14K8KZ234508,**
10.     **YAMAHA ATV,**
11.     **YAMAHA GRIZZLY 660,**
12.     **JOHN DEERE 930 TRACTOR,**
13.     **1955 CHEVROLET COUPE, VIN B55K118384,**
14.     **1984 2294 CASE TRACTOR,**
15.     **2012 FORD F-450, VIN 1FT8W4DT9CEA48276,**
16.     **2008 FORD F-150, VIN 1FTPW14V48FB45558**, and
17.     5946 COUNTY ROAD 3, ERIE, COLORADO,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the "United States' Motion to Amend the Amended Final Judgment as to Certain Defendant Properties (Doc. 76)" filed August 14, 2015.  The Court having reviewed said Motion and being fully advised in the premises,

ORDERS that the "United States' Motion to Amend the Amended Final Judgment as to Certain Defendant Properties (Doc. 75)" (ECF No. 76) is **GRANTED**. The Clerk of Court is directed to enter the Amended Final Judgment as to Certain Defendant Properties attached to the United States' Motion.

Dated: September 25, 2015.

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE